UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARK A. HILL, : | |
| : | |
| Petitioner, : | Case No. 2:23-cv-3356 |
| : | |
| v. : | Judge Algenon L. Marbley |
| : | |
| WARDEN, PICKAWAY : | Magistrate Judge Elizabeth P. Deavers |
| CORRECTIONAL INSTITUTION, : | |
| : | |
| Defendant. : | |

## ORDER

On October 4, 2023, Petitioner filed a Petition for Writ of Habeas Corpus with this Court. (ECF No. 1). Respondent filed a Motion to Dismiss the Petition (ECF No. 11), Petitioner responded (ECF No. 14), and on August 14, 2024, the Magistrate Judge issued a Report and Recommendation ("R&R"), recommending that the Motion to Dismiss be granted and that the Petition be dismissed as time-barred (ECF No. 15). Petitioner was advised of his right to object to the R&R within fourteen days and of the rights he would waive by failing to do so. (*Id.*). He requested an extension of time to object to the R&R, due to mail delivery delays and the research he anticipated conducting (ECF No. 16), and the Magistrate Judge allowed him until September 9, 2024.

This Court has reviewed the R&R and detects no clear error in its legal conclusions. Noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court hereby **ADOPTS** the R&R (ECF No. 15). The Motion to Dismiss is **GRANTED** (ECF No. 11), the Petition is **DISMISSED** with prejudice (ECF No. 1), and this case is **CLOSED**. This Court also declines to issue a certificate of appealability and

certifies that an appeal of this Order would not be taken in "good faith," for purposes of any forthcoming motion to proceed on appeal *in forma pauperis*.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**

**DATED: September 18, 2024**